THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY HARVEY, Appellant.

*People* v. *Harvey*, 150 App. Div. 930, appeal dismissed.
(Submitted March 31, 1913; decided April 4, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1912, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree as a second offense.

The motion was made upon the ground of failure to file the return.

*Charles S. Whitman, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.